UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 14 A 11
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WADE PARKER<br>    Plaintiff | CIVIL ACTION NO: 3:03CV1942(RNC) |
| VS. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CHILDREN<br>AND FAMILIES, ET AL.<br>    Defendants | FEBRUARY 11, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned pursuant to Rule 7(e) of the Local Rules of Civil Procedure respectfully requests permission of the Court to withdraw as counsel for the Plaintiff in the above captioned matter. Irreconcilable differences have developed and Plaintiff's unwillingness to cooperate with counsel any further in this case prompts this request.

RESPECTFULLY SUBMITTED,

BY: _____
José Vivaldi Martínez
MARTÍNEZ, PEÑA & RODRIGUEZ, LLC
39 Mill Plain Road, Suite 10
Danbury, Connecticut 06811
Tel: (203) 778-2200
Federal Bar No.: CT15393

## ORDER

The foregoing Motion to Withdraw Appearance having been presented to the Court, it is hereby granted.

_____
Judge / Clerk / Assistant Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage pre-paid, this 11th day of February, 2005, to the following counsel:

Linsley J. Barbato
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Charles F. Brower
Brower & Organschi, LLP
Attorneys at Law
445 Propsect Street
Torrington, CT 06790

_____
José Vivaldi Martínez
Commissioner of the Superior Court