UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WADE PARKER, | : | CIVIL ACTION NO.: 3:03CV1942(RNC) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT | : | MARCH 1, 2005 |
| DEPARTMENT OF CHILDREN | : | |
| AND FAMILIES, ET AL. | : | |
| Defendants | : | |

## MOTION TO WITHDRAW APPEARANCE

1. On or about February 11, 2005 José Vivaldi Martínez and Mario A. Peña requested permission from this Honorable Court to withdraw as counsel for the Plaintiff in the above captioned matter.

2. On or about February 15, 2005 counsel received an Order from this Court, Honorable Robert N. Chatigny, to have the Plaintiff served with a copy of the order on or before February 25, 2005.

3. Attorneys Martínez and Peña have done as ordered by the Court. A copy of the certificate showing that Wade Parker was personally served is attached.

4. Counsel hereby requests their Motion to Withdraw Appearance be granted.

RESPECTFULLY SUBMITTED,

BY: _____
José Vivaldi Martínez
MARTINEZ, PEÑA & RODRIGUEZ, LLC
39 Mill Plain Road, Suite 10
Danbury, Connecticut 06811
Tel: (203) 778-2200
Federal Bar No.: CT15393

BY: _____
Mario A. Peña
MARTINEZ, PEÑA & RODRIGUEZ, LLC
39 Mill Plain Road, Suite 10
Danbury, Connecticut 06811
Tel: (203) 778-2200
Federal Bar No.: CT24556

## ORDER

The foregoing Motion to Withdraw Appearance having been presented to the Court, it is hereby granted.

_____
Judge / Clerk / Assistant Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage pre-paid, this 1ST day of March, 2005, to the following counsel:

Linsley J. Barbato
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Charles F. Brower
Brower & Organschi, LLP
Attorneys at Law
445 Prospect Street
Torrington, CT 06790

_____
José Vivaldi Martínez
Commissioner of the Superior Court

_____
Mario A. Peña
Commissioner of the Superior Court